**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE MARCIA S. KRIEGER
Presiding in Grand Junction, Colorado**

| | | |
|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: November 5, 2019 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Gary Burney and Megan Dibsie | |
| Interpreter: | N/A | |

Criminal Action No. 19-cr-00041-MSK-GPG

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Peter G. Hautzinger |
| Plaintiff, | |
| v. | |
| 1. KYLE ANTHONY GARCIA, | Mary V. Butterton |
| Defendant. | |

## SENTENCING MINUTES

**1:35 p.m. Court in session.**

Defendant present, in custody.

Appearances of counsel.

**Change of Plea Hearing on July 10, 2019, before Magistrate Judge Gordon P. Gallagher. Defendant pled guilty to Count One of the Indictment.** The Court accepts the Magistrate Judge's recommendation contained in the minute entry of the change of plea hearing **(Doc. No. 41)** and accepts the defendant's plea and finds defendant guilty as charged in Count One of the Indictment.

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Argument by defense counsel and counsel for Government.

Allocution. - Statement made by Defendant.

After consideration of the provisions of 18 U.S.C. 3553(a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.  No further argument.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is **REMANDED** to the care and custody of the United States Marshal Service.

**2:25 p.m. Court in recess.**

**Total Time: :50**
**Hearing concluded.**